# Third District Court of Appeal
## State of Florida

Opinion filed May 6, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0149
Lower Tribunal No. 23-141116-CC-20
_____

**Profile Realty, Inc.,**
Appellant,

vs.

**Janice Harris,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Gordon Murray, Judge.

Salina Jivani, for appellant.

Legal Services of Greater Miami and Zhoujiang Xie and Lissie Salazar and Jeffrey M. Hearne, for appellee.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.